IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Criminal Action No. 15-mj-01110-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DANIEL Hernandez,

    Defendant.

---

**ORDER**

---

The court, having discussed speedy trial issues with counsel, has determined that speedy trial dates apply in this case and should have been entered as part of the Discovery Conference Memorandum and Order [Doc. No. 8].

The Speedy Trial time limits of 18 U.S.C. § 3161 are as follows:

30 Days:    8/15/2015

70 Days:    9/24/15

90 Days    10/14/15

Further, given that the Defendant has not consented to appear before a Magistrate Judge for further proceedings on this Class A Misdemeanor,

**It is ORDERED**

This case shall be re-assigned by random draw to a United States District Court Judge for all further proceedings.

Dated this 22d day of July, 2015.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge