IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 15-mj-01110-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DANIEL HERNANDEZ,

    Defendant.

_____

**ORDER**
_____

This matter comes before the Court on the Waiver Pursuant to Federal Rule of Criminal Procedure 58(b)(3) [Docket No. 13], wherein the defendant, who is charged with a misdemeanor offense, consents to have this case tried by a magistrate judge and waives his right to have this matter tried by a district judge pursuant to Fed. R. Crim. P. 58(b)(3)(A).  Good cause appearing, it is

**ORDERED** that this case shall be drawn to a magistrate judge.

DATED August 18, 2015.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge